No. 178, Misc. CREAGAN v. RIGG, WARDEN. Supreme Court of Minnesota. Certiorari denied. Petitioner *pro se.* *Miles Lord,* Attorney General of Minnesota, and *Charles E. Houston,* Solicitor General, for respondent.

No. 272, Misc. BOLISH v. BANMILLER, WARDEN. Supreme Court of Pennsylvania. Certiorari denied.

No. 335, Misc. RAY v. HEINZE, WARDEN. District Court of Appeal of California, Third Appellate District. Certiorari denied.

No. 336, Misc. McCOLLIN v. CALIFORNIA ET AL. Supreme Court of California. Certiorari denied.

No. 118. GINSBURG v. STERN ET AL., JUSTICES OF THE SUPREME COURT OF PENNSYLVANIA, ET AL., *ante,* p. 817;

No. 173. LITTLE v. MISSOURI PACIFIC RAILROAD CO., *ante,* p. 823;

No. 187. MALOY ET UX. v. FIRST FEDERAL SAVINGS & LOAN ASSN. OF WEST PALM BEACH, *ante,* pp. 824, 858;

No. 262. PADILLA v. UNITED STATES, *ante,* p. 834;

No. 127, Misc. COLLINS v. ILLINOIS ET AL., *ante,* p. 804; and

No. 227, Misc. MILLWOOD v. HEINZE, WARDEN, ET AL., *ante,* p. 853. Petitions for rehearing denied.

NOVEMBER 23, 1959.

No. ——. PAUL v. WASHINGTON. Appeal from the Supreme Court of Washington. The motion to dismiss under Rule 14 (2) is granted. *John J. O'Connell,* Attorney General of Washington, and *E. P. Donnelly,* Assistant Attorney General, for appellee-movant.